33,426-05

July 7, 2015

Lester Davis #650531
Styles Unit
3060 FM 3514
Beaumont, Texas 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Tr. Ct. No. 8778-W4
WR-33,426-05

I am writing to let you know that my address has changed. I have been moved from the McConnell Unit 3001 S. Emily Dr. Beeville, Texas 78102. I have not heard from the Court of Criminal Appeals. So my new address is at the Stiles Unit 3060 Fm 3514 Beaumont, Texas 77705.

I do appreciate your attention

1-2 pages

to this matter.

Sincerely

Lester Davis #650531